

FEB 04 2010

FILED

RECEIVED

FEB 08 2010

LEE & OSSULLIVAN PLLC

SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR BENTON AND FRANKLIN COUNTIES

Centurion Properties III LLC et al

Plaintiff(s),

v.

Tom Hazelrigg III et al.

Defendant(s).

Case No. 10-2-00301-8

CIVIL CASE SCHEDULE ORDER
(ORSCS)

## I. SCHEDULE
(Week of FEBRUARY 01, 2010)

| # | Event | DUE DATE |
|---|---|---|
| 1 | Confirmation of Service | 03/08/2010 |
| 2 | Cancellation/Confirmation Status Conference | 04/05/2010 |
| 3 | Last Date for Filing Motions to Change Trial Date | 05/03/2010 |
| 4 | Status Conference (telephonic) | **05/06/2010** |
| 5 | Plaintiff's Disclosure of Lay and Expert Witnesses | 06/07/2010 |
| 6 | Defendant's Disclosure of Lay and Expert Witnesses | 08/09/2010 |
| 7 | Disclosure of Plaintiff's Rebuttal Witnesses | 08/23/2010 |
| 8 | Disclosure of Defendant's Rebuttal Witnesses | 09/07/2010 |
| 9 | Discovery Completed (120 days prior to trial) | 09/27/2010 |
| 10 | Last Date for Filing Statement of Arbitrability | 11/22/2010 |
| 11 | Last Date for Filing Jury Demand | 12/06/2010 |
| 12 | Settlement Position Statements filed by all parties | 12/06/2010 |
| 13 | Last Date for Hearing Dispositive Pretrial Motions | 12/06/2010 |
| 14 | Settlement Conference (in person) | **12/23/2010** |
| 15 | Last Date for Filing and Serving Trial Management Report | 01/03/2011 |
| 16 | Pretrial Management Conference (in person) | 01/06/2011 |
| 17 | Trial Memoranda, Motions In Limine, Jury Instructions to be filed | 01/18/2011 |
| 18 | Trial Date and Motions in Limine | **01/31/2011** |

## II. ORDER

IT IS ORDERED that all parties comply with the foregoing schedule.

Dated this 4th day of February, 2010.

cc: David H. Leen
Cent Brinin

SUPERIOR COURT JUDGE

COPY

**NOTICE TO PLAINTIFF:**
The plaintiff may serve a copy of the Case Schedule Order on the defendant(s) along with the summons and complaint. Otherwise, the plaintiff shall serve the Case Schedule Order on the defendant(s) within ten (10) days after the latter of: (1) the filing of the summons and complaint or (2) service of the defendant's first response to the complaint, whether that response is a Notice of Appearance, an Answer, or a CR 12 Motion.