JOSIE DELVIN
BENTON COUNTY CLERK
MAR 11 2010
FILED

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR BENTON COUNTY

| | |
|---|---|
| CENTURION PROPERTIES III, LLC; SMI GROUP XIV, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TOM HAZELRIGG III; AARON HAZZELRIGG; PATRICK McCOURT; BARCLAY'S NORTH, INC; NICOLE KELLY; DANIEL A KIRBY; Trustee –JIM DENTON; EQUITY FUNDING, LLC; CENTRUM FINANCIAL; TRIDENT INVESTMENTS; EVERGREEN BANK; and JOHN DOES 1-10, <br><br> Defendants. | Case No.: 10-2-00301-8 <br><br> **DECLARATION OF MICHAEL E. HENRY IN SUPPORT OF MOTION TO SERVE BY MAIL** |

STATE OF WASHINGTON  )
                     :ss
County of Benton     )

I, **MICHAEL E. HENRY**, under oath declare and state that:

1. I am 55 years old and otherwise competent to make this declaration.

2. I am an owner of the entities that are the Plaintiffs in this litigation.

///

---

DECLARATION OF MICHAEL E. HENRY
IN SUPPORT OF SERVICE BY MAIL - 1/2

S:\VTS\CENTURION PROPERTIES III v. Batelle Property Suit 10-021

SPERLINE ■ RAEKES, PLLC
3311 West Clearwater Avenue, Suite D210
Kennewick, WA 99336
Phone: (509) 783-6633
Fax: (509) 783-6644



3. In the summer of 2006, I first met the Defendant Thomas R. Hazelrigg III. At that time, I was trying to obtain financing to obtain the Centurion Properties III assets that are currently at issue in this litigation.

4. Approximately one year ago, during a conversation with Mr. Hazelrigg, he took great pride in telling me that given his extensive history in repossession of property, including extensive history in collection law, real estate law, and his purchase of bank notes at reduced costs, most of which occurred in the 1990s, that he had gained tremendous experience in avoiding process service, and that he was smarter than lawyers and process servers, and others involved in the legal process.

5. This appears consistent with my understanding that over the past several months, legal process servers have not been very successful in serving Mr. Hazelrigg, and in fact, I have been told by ABC Legal Service, one of the many process service companies that have attempted to serve Mr. Hazelrigg, that they have been successful in personally serving him on only a couple of occasions out of as many as fifty attempts of service in the past six months or so.

*I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.*

**SIGNED** at Kennewick, WA this  11th  day of March, 2010.

_____
MICHAEL E. HENRY

DECLARATION OF MICHAEL E. HENRY
IN SUPPORT OF SERVICE BY MAIL - 2/2

S:\VTS\CENTURION PROPERTIES III v. Batelle Property Suit 10-021

SPERLINE ■ RAEKES, PLLC
3311 West Clearwater Avenue, Suite D210
Kennewick, WA 99336
Phone: (509) 783-6633
Fax: (509) 783-6644

COPY