CERTIFICATE OF ~~~~~~~~
    On this day, the und_____ ____ ent to the attorneys of record for
plaintiffs/~~defendants~~ a copy of the document by ~~U.S. Mail, postage~~ *overnight*
~~prepaid, hand~~delivered, or by ~~Attorneys Messenger Service~~. I *delivery*
certify under penalty of perjury under the laws of the State of
Washington that the foregoing is true and correct.
    3/18/10          Palomar
    Date                Place
       Brooke Walonly
            Signed

COPY

RECEIVED

MAR 1 9 2010

BY: .....................

1  Roger W. Bailey
2  Carlson Boyd & Bailey PLLC
3  230 S. 2nd St., Suite 202
   Yakima, Washington 98901
4

5  Phone:        (509) 834-6611
6  Facsimile:    (509) 834-6610
7  E-Mail:       rbailey@cbblawfirm.com

8
   Attorneys for Centrum/Equity Funding.
9

10

11
                    IN THE SUPERIOR COURT OF WASHINGTON
12                              BENTON COUNTY

13

14  CENTURION PROPERTIES III, LLC;          )
15  SMI GROUP XIV, LLC,                      )   NO.        10-2-00301-8
                                             )
16                  Plaintiff                )
                                             )
17                                           )   ANSWER & AFFIRMATIVE
18                                           )   DEFENSES
                                             )
19  vs.                                      )
                                             )
20                                           )
                                             )
21                                           )
                                             )
22  TOM HAZELRIGG III; AARON                 )
23  HAZELRIGG, et al.                        )
                                             )
24                                           )
                                             )
25                                           )
                                             )
26                  Defendants.              )
27  _____)

28
        By way of answer to the Plaintiff's complaint, Defendants Centrum
29
   Financial Services, Inc., Equity Funding, LLC and Trident Investments, Inc.
30
   (collectively "Defendants") admit and deny as follows:
31
        For purposes of this answer a denial based upon lack of information
32
   sufficient to form a belief as to the truth or falsity of an allegation is
33
   denominated a "qualified denial."  A denial because an allegation pleads a legal
34

ANSWER & AFFIRMATIVE
DEFENSES                      1

conclusion or otherwise does not properly plead facts to which a response is required is denominated a "contention denial."

## I.      Parties:

1.1     Admit that Centurion Properties III, LLC ("CP3") owns and manages the leasehold interests associated with the Battelle Property (as defined in the Complaint). Deny the remainder of the paragraph.

1.2     Qualified Denial.

1.3     Qualified Denial.

1.4     Qualified Denial.

1.5     Qualified Denial.

1.6     Qualified Denial.

1.7     Qualified Denial.

1.8     Admit that Jim Denton is a licensed attorney and that he is the trustee under a deed of trust being foreclosed by Centrum Financial Services, Inc. ("Centrum"). Deny the balance of the allegations contained in the paragraph.

1.9     Admit Equity Funding, LLC ("Equity Funding") holds the beneficial interest in one or more deeds of trust placed against CP3's interest in the Battelle Property. Deny the balance of the allegations contained in the paragraph.

1.10    Admit that Centrum holds the beneficial interest in one or more deeds of trust placed against CP3's interest in the Battelle Property. Deny the balance of the allegations contained in the paragraph.

1.11    Admit that Trident Investments, Inc. has been merged into Centrum. Deny the balance of the allegations contained in the paragraph.

1.12    Admit.

ANSWER & AFFIRMATIVE
DEFENSES

2

## II.    Property Description

2.1    Contention Denial.

## III.    Facts

3.1    Qualified Denial.

3.2    Qualified Denial.

3.3    Qualified Denial.

3.4    Admit that Centrum, Equity Funding and/or Trident claim the beneficial interests under one or more deeds of trust against the Battelle Property and to such an extent the action by Plaintiff relates to the Battelle Property.  Qualified Denial as to the balance of the allegations contained in the paragraph.

3.5    Qualified Denial.

3.6    Qualified Denial.

3.7    Qualified Denial.

3.8    Qualified Denial.

3.9    Qualified Denial.

3.10    Qualified Denial.

3.11    Qualified Denial.

3.12    Qualified Denial.

3.13    Qualified Denial.

3.14    Qualified Denial.

3.15    Qualified Denial.

3.16    Qualified Denial.

3.17    Qualified Denial.

3.18    Qualified Denial.

3.19    Qualified Denial.

3.20    Qualified Denial.

3.21    Qualified Denial.

ANSWER & AFFIRMATIVE
DEFENSES                                        8

CARLSON BOYD & BAILEY PLLC
230 S.2ND ST., SUITE 202
YAKIMA, WASHINGTON 98901
PHONE (509) 884-6611

3.22    Defendants admit that they are aware of a consent signed by Mr. Henry.  Qualified Denial as to the balance of the paragraph.

3.23    Qualified Denial.

3.24    Admit that Joe Edmonds and Derek Edmonds are owners of Equity Funding and Centrum.  Admit that the Deeds of Trust described in paragraph 3.24 have been recorded against CP3's interest in the Battelle Property or against the Battelle Property.  Qualified Denial and denial as to the balance of the allegations contained in the paragraph.

3.25    Admit that Equity Funding has met with Mr. Henry.  Admit that Mr. Henry was told that the money borrowed by certain companies owned by Defendants Hazelrigg had been used to make the down payment and cash collateral deposit to allow CP3 to purchase the Battelle Property.  Admit that CP3 gave Equity Funding one or more deeds of trust against CP3's interest in the Battelle Property.  Admit that the loans originally made by Equity Funding/Centrum were not secured by deeds of trust against CP3's interest in the Battelle Property.  Deny the balance of the allegations contained in the paragraph.

3.26    Denial and Qualified Denial.

3.27    Admit that Equity Funding had discussions with Mr. Henry related to foreclosure of its deeds of trust against CP3's interest in the Battelle Property.  Admit that Equity Funding indicated to Mr. Henry that it did want to tell Mr. Henry what communications he should have with GE.  Qualified denial and denial as to the balance of the allegations contained in the paragraph.

3.28    Admit that GE has declared a default on its loans with CP3.  Qualified denial and denial as to the balance of the allegations contained in the paragraph.

3.29    Qualified Denial.

3.30    Qualified Denial.

CARLSON BOYD & BAILEY PLLC
230 S.2ND ST., SUITE 202
YAKIMA, WASHINGTON 98901
PHONE (509) 884-6611

3.31    Qualified Denial.

3.32    Qualified Denial.

3.33    Qualified Denial.

3.34    Qualified Denial.

3.35    Admit that Derek Edmonds e-mailed a contract to Mr. Henry on February 1, 2010.  Contention denial with respect to what the contract actually says.  Deny the balance of the allegations contained in the paragraph.

3.36    Admit that Derek Edmonds had conversations with GE related to potential loan restructuring.  Qualified Denial and denial to the balance of the allegations contained in the paragraph.

3.37    Admit that Mr. Henry had negotiations with Equity Funding about paying the loans due to Equity Funding/Centrum.  Admit that Centrum recorded a notice of trustee's sale setting February 26, 2010 as the foreclosure sale date.  Qualified Denial and denial as to the balance of the allegations contained in the paragraph.

3.38    Admit that Mr. Henry contacted Derek Edmonds to ask for his cooperation in paying the loans due to Equity Funding/Centrum.  Deny the balance of the allegations contained in the paragraph.

3.39    Qualified Denial.

3.40    Admit that Equity Funding, Mr. Henry and Mr. Hazelrigg have had conversations about the possibility of a deed in lieu of foreclosure agreement.  Qualified Denial and denial as to the balance of the allegations contained in the paragraph.

3.41    Admit that Mr. Edmonds forwarded an e-mail to Mr. Henry on February 1, 2010.  Contention denial as to the balance of the allegations contained in the paragraph.

CARLSON BOYD & BAILEY PLLC
230 S.2ND ST., SUITE 202
YAKIMA, WASHINGTON 98901
PHONE (509) 834-6611

### IV. – XIII – Claims for Relief

4.1 – 13.1    Defendants Equity Funding, Centrum and Trident deny that Plaintiffs are entitled to any of the relief requested in paragraphs 4.1 through 13.1 and to the extent such paragraphs are deemed to contain allegations, Defendants deny the same.

### XIV.   Affirmative Defenses

14.1   By way of further answer and affirmative defense the Defendants allege that Plaintiffs are not entitled to the relief requested in the complaint by virtue of: (a) Defendants rights of set-off and/or recoupment; (b) Defendant's rights of contribution and/or indemnity and any other matter constituting an avoidance or affirmative defense.  Defendants reserve the right to amend their pleadings to include such additional avoidances or affirmative defenses as may be disclosed by discovery or otherwise.

### XV.   Request for Relief

Defendants respectfully request the Court:

15.1   Enter a judgment denying the relief requested by Plaintiffs and dismissing with prejudice all claims against Defendants.

15.2   Enter a judgment awarding Defendants their attorneys' fees and costs incurred with respect to this matter by to the extent allowed or authorized by statute, common law or any contract between the parties.

ANSWER & AFFIRMATIVE
DEFENSES                6

CARLSON BOYD & BAILEY PLLC
230 S.2ND ST., SUITE 202
YAKIMA, WASHINGTON 98901
PHONE (509) 884-6611

Dated this __18__ day of March, 2010

Roger W. Bailey (WSBA 26121)
Attorneys for Defendants
Carlson Boyd & Bailey PLLC
230 S.2nd St., Suite 202
Yakima, Washington 98901
Phone:        (509) 834-6611
Facsimile:    (509) 834-6610
E-Mail: rbailey@cbblawfirm.com

X:\CENTRUM EQUITY FUNDING-21164\General-2010001\Haxelrigg Pleadings\Answer & Affirmative Defenses (FINAL).doc

ANSWER & AFFIRMATIVE
DEFENSES                           7

CARLSON BOYD & BAILEY PLLC
230 S.2ND ST., SUITE 202
YAKIMA, WASHINGTON 98901
PHONE (509) 834-6611