JOSIE DELVIN
BENTON COUNTY CLERK
MAR 19 2010
FILED

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR BENTON COUNTY

| | |
|---|---|
| CENTURION PROPERTIES III, LLC; SMI GROUP XIV, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>TOM HAZELRIGG III; AARON HAZZELRIGG; PATRICK McCOURT; BARCLAY'S NORTH, INC; NICOLE KELLY; DANIEL A KIRBY; Trustee –JIM DENTON; EQUITY FUNDING, LLC; CENTRUM FINANCIAL; TRIDENT INVESTMENTS; EVERGREEN BANK; and JOHN DOES 1-10,<br><br>    Defendants. | Case No.: 10-2-00301-8<br><br>**ORDER OF DEFAULT** |

**THIS MATTER** having come on before the Court on the Plaintiffs' Motion for Default, and the Court having considered the pleadings filed herein and the argument of counsel, NOW, WHEREFORE,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Plaintiffs' Motion for Default is and shall be granted;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Defendant BARCLAY'S NORTH, INC. is in default for failure to respond to the Summons and Complaint in the above captioned action;

ORDER OF DEFAULT - 1

S:\UTS\CENTURION PROPERTIES III v. Batelle Property Suit 10-021

COPY

SPERLINE ■ RAEKES, PLLC
3311 West Clearwater Avenue, Suite D210
Kennewick, WA 99336
Phone: (509) 783-6633
Fax: (509) 783-6644

1  **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Defendant
2  BARCLAY'S NORTH, INC., hereby forfeits its interest in Centurion Properties III, LLC to
3  Plaintiff, SMI Group XIV, LLC, and may no longer act on behalf of Centurion Properties III,
4
5  LLC.
6       DONE this __19__ day of March, 2010.
7
8                                    **BRUCE A. SPANNER**
                                     JUDGE/COURT COMMISSIONER
9
10 Presented By:
   **SPERLINE-RAEKES, PLLC**
11
12 By: _____
13 JEFFREY T. SPERLINE, WSBA #24028
   *Attorney for Plaintiffs*

ORDER OF DEFAULT - 2

S:\JTS\CENTURION PROPERTIES III v. Batelle Property Suit 10-021

COPY

SPERLINE ■ RAEKES, PLLC
3311 West Clearwater Avenue, Suite D210
Kennewick, WA 99336
Phone: (509) 783-6633
Fax: (509) 783-6644