JOSIE DELVIN
BENTON COUNTY CLERK
MAR 19 2010
FILED

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR BENTON COUNTY

| | |
|---|---|
| CENTURION PROPERTIES III, LLC; SMI GROUP XIV, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TOM HAZELRIGG III; AARON HAZZELRIGG; PATRICK McCOURT; BARCLAY'S NORTH, INC; NICOLE KELLY; DANIEL A KIRBY; Trustee –JIM DENTON; EQUITY FUNDING, LLC; CENTRUM FINANCIAL; TRIDENT INVESTMENTS; EVERGREEN BANK; and JOHN DOES 1-10, <br><br> Defendants. | Case No.: 10-2-00301-8 <br><br> **ORDER OF DEFAULT** |

**THIS MATTER** having come on before the Court on the Plaintiffs' Motion for Default, and the Court having considered the pleadings filed herein and the argument of counsel, NOW, WHEREFORE,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Plaintiffs' Motion for Default is and shall be granted;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Defendant PATRICK McCOURT is in default for failure to respond to the Summons and Complaint in the above captioned action;

ORDER OF DEFAULT - 1

S:\UTS\CENTURION PROPERTIES III v. Batelle Property Suit 10-021

COPY

SPERLINE ■ RAEKES, PLLC
3311 West Clearwater Avenue, Suite D210
Kennewick, WA 99336
Phone: (509) 783-6633
Fax: (509) 783-6644

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Defendant PATRICK McCOURT, hereby forfeits its interest in Centurion Properties III, LLC to Plaintiff, SMI Group XIV, LLC, and may no longer act on behalf of Centurion Properties III, LLC.

DONE this __19__ day of March, 2010.

**BRUCE A. SPANNER**
JUDGE/COURT COMMISSIONER

Presented By:
**SPERLINE-RAEKES, PLLC**

By: _____
JEFFREY T. SPERLINE, WSBA #24028
*Attorney for Plaintiff*

ORDER OF DEFAULT - 2

S:\JTS\CENTURION PROPERTIES III v. Batelle Property Suit 10-02\

SPERLINE ■ RAEKES, PLLC
3311 West Clearwater Avenue, Suite D210
Kennewick, WA 99336
Phone: (509) 783-6633
Fax: (509) 783-6644